**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-61195-BB**

LAZARALY GUZMAN, et al.,

    Plaintiffs,

v.

AMERICAN SECURITY
INSURANCE COMPANY,

    Defendant.

_____/

**ORDER ON DEFENDANT'S MOTION TO COMPEL APPRAISAL AND STAY CASE**

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion to Compel Appraisal and to Stay Proceedings (the "Motion"). *See* ECF No. [4]. In the Motion, Defendant states that it has provided written notice to Plaintiff that is invoking the appraisal provision pursuant to the insurance policy. *See Id*. The Court has reviewed the unopposed Motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [4]**, is **GRANTED** as follows:

    1.    Plaintiff's claim for windstorm damage at property located at 6613 Ficus Drive, Miramar, Florida 33023 (the "Property") in connection with American Security insurance claim number 00102278696 (the "Claim") shall be submitted to appraisal pursuant to the terms and conditions of the subject insurance policy. Each party shall identify its appointed appraiser to the other party within 15 days of the date of this Order.

    2.    Pursuant to the policy, any appraisal award signed either by the appraisers or, if the two appraisers cannot agree, one appraiser and the umpire, shall appraise the loss based on the method of payment specified in the policy for each item of damage awarded.

3. The Court shall retain jurisdiction for all matters incidental to the appraisal process including, without limitation, to, as necessary: name a neutral umpire; enforce the terms of this Order; rule on coverage issues; and determine issues related to attorney's fees and costs.

4. This case is **STAYED** for the earlier of 15 days after an appraisal award is issued or six months from the date of this Order. In the event that the parties resolve the Claim and all issues incidental thereto in connection with the appraisal process, the parties shall file a Joint Stipulation of Dismissal with the Court within seven days of the Claim being resolved.

5. The Clerk shall **ADMINISTRATIVELY CLOSE** the case. The parties shall file a motion to lift the stay of this case **within seven days** of the completion of the appraisal process.[1]

**DONE AND ORDERED** in Miami, Florida this 6th day of June, 2018.

_____
**BETH BLOOM**
**UNITED STATED DISTRICT JUDGE**

cc: counsel of record

---

[1] In the event there are any coverage issues following appraisal of the claim, Defendant shall respond to the Complaint **within seven days** of the Court's order lifting the stay.